**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ELGINE WILSON FURLOW,**

          **Plaintiff,**

-vs-                                              **Case No. 6:07-cv-1996-Orl-31DAB**

**HEZEKIAH MCCLINTON,**

          **Defendant.**

_____

## ORDER

This matter comes before the Court on the Amended Complaint (Doc. 7) filed by the Plaintiff, Elgine Wilson Furlow ("Furlow"), and the Motion (Doc. 6) (titled "Appeal Order") seeking reconsideration of an order denying his previous attempt to proceed *in forma pauperis*, which the Court construes as an amended application for pauper status. The amended complaint, though several pages longer than the initial complaint, is no more coherent. The Court is still unable to discern either a federal cause of action or allegations sufficient to establish diversity jurisdiction. In addition, Furlow's financial statement (Doc. 3 at 1) remains incomplete and therefore insufficient to establish pauper status. It is therefore

**ORDERED** that the Motion (Doc. 6) is **DENIED** and the Amended Complaint (Doc. 7) is **DISMISSED AS FRIVOLOUS**. The Plaintiff will be given one final chance to fix the problems identified above. The Plaintiff shall have 11 days from the date of this order to file a second amended complaint setting forth a cognizable claim within the limited jurisdiction of this Court. Any such amended complaint shall be accompanied by either the filing fee or an amended

application for pauper status.  Failure to satisfy these requirements will result in dismissal with prejudice.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 26, 2008.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party